AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOSEPH BAHGAT,**

       **Plaintiff,**

**v.**

**LEWIS HASTIE RECEIVABLES,**
**INC., et al.,**

       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

CASE NO. C2-07-1058
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E.A. PRESTON DEAVERS

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed June 7, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: June 7, 2011

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk